UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**ERIC LAMAR ELLIS,**

   Plaintiff,

v.                                                        **No. 4:23-CV-00685-P-BJ**

**CITY OF FORT WORTH ET AL.,**

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 6. Plaintiff filed an objection to the FCR on July 13, 2023. *See* ECF No. 7. Having conducted a *de novo* review of the purported objections in accordance with 28 U.S.C. § 636(b)(1) and reviewing all relevant matters of record in this case, the Court concludes that Plaintiff's objections are without merit. Therefore, the Court **ACCEPTS** the Magistrate Judge's Findings and Conclusions as its own. Accordingly, the Court **ORDERS** that (1) monetary sanctions may be imposed on Plaintiff for future vexatious litigation considered to be abusive and harassing in nature, and (2) that Plaintiff must obtain leave to court by filing a motion before he is permitted to file any additional complaints in this district.

**SO ORDERED** on this **4th day** of **August 2023.**

*[Signature: Mark T. Pittman]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE