UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

ERIC LAMAR ELLIS,

   Plaintiff,

v.                                          No. 4:23-cv-00685-P

CITY OF FORT WORTH, ET AL.,

   Defendants.

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

   The United States Magistrate Judge made Findings, Conclusions, and a Recommendation ("FCR") in this case. ECF No. 13. No objections were filed, and the FCR is ripe for review. The District Judge reviewed the FCR for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Accordingly, the Magistrate Judge's Recommendation is **AFFIRMED** and Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 2) is **DENIED**. Plaintiff is hereby **ORDERED** to pay the relevant administrative and filing fee of $402.00 **on or before October 20, 2023**. Failure to do so will result in dismissal of Plaintiff's case without prejudice and without further notice. *See* FED. R. CIV. P. 41(b).

   **SO ORDERED** on this **13th day** of **October 2023.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE