**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF TEXAS**

| | |
|---|---|
| **ERIC L. ELLIS**,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF FORT WORTH, et al.,<br>Defendants.<br><br>**Defendants** | Case No.:<br><br>4:23-CV-00685-P-BJ |

PLAINTIFF'S MOTION AND AFFIDAVIT TO RECUSE JUDGE MARK T. PITTMAN FROM CASES DISMISSED UNDER THE PRE-FILING INJUNCTION (DOC. 8 IN 4:23-CV-685) AND ALL RELATED FUTURE CASES

## I. MOTION FOR RECUSAL

Plaintiff, Eric Lamar Ellis, respectfully moves this Court to recuse Judge Mark T. Pittman from presiding over any cases dismissed under, or affected by, the pre-filing injunction entered in 4:23-CV-685 (Doc. 8), as well as any related cases filed in the future that are impacted by the injunction. This motion is filed pursuant to 28 U.S.C. §§ 144 and 455.

Grounds for Recusal

1. Judge Pittman issued a pre-filing injunction in 4:23-CV-685 (Doc. 8) that has been applied to multiple cases, including those dismissed without prejudice, and has effectively prevented Plaintiff from accessing the courts.
2. Plaintiff has a well-founded concern that Judge Pittman's impartiality might reasonably be questioned in any case arising from, or subject to, the enforcement of this injunction, including future cases that may be dismissed under its terms.
3. Specific circumstances giving rise to this concern include:
    - Overbroad and inconsistent application of the injunction to removed cases and other pending litigation;
    - Systematic disregard of Plaintiff's pro se objections, demonstrating an appearance of bias;
    - Issuance of orders affecting Plaintiff's ability to file complaints without formal findings or merits determinations.

WHEREFORE, Plaintiff respectfully requests that:

1. Judge Pittman recuse himself from any current or future cases dismissed under, or otherwise affected by, the pre-filing injunction issued in 4:23-CV-685;

2. The Clerk reassign such cases to an impartial judge; and
3. Any pending actions affected by the injunction be held in abeyance pending reassignment.

## II. AFFIDAVIT IN SUPPORT (28 U.S.C. § 144)

I, Eric Lamar Ellis, declare under penalty of perjury as follows:

1. I am the Plaintiff in the above-captioned matter.
2. Plaintiff has a well-founded concern that Judge Pittman's impartiality might reasonably be questioned in any case arising from, or subject to, the enforcement of this injunction, including future cases that may be dismissed under its terms.
3. Specific facts supporting this belief include:
   - The overbroad scope of the injunction, which applies to multiple cases, including removed and pending cases;
   - Repeated failure to consider or acknowledge Plaintiff's pro se objections;
   - Actions suggesting a pattern of treating Plaintiff's filings differently from filings by represented parties, creating the appearance of bias.
4. Evidence and reasoning supporting recusal:
   - The pre-filing injunction imposes a **pre-filing merits review** on a pro se litigant, which Plaintiff cannot reasonably satisfy, creating a systemic barrier that has affected multiple cases.

- Orders dismissing cases without prejudice under the injunction have been applied inconsistently, with no clear criteria, suggesting differential treatment.
- Plaintiff's objections and filings have been **repeatedly disregarded or ignored**, indicating the possibility that decisions are based on Plaintiff's identity rather than the merits of filings.
- These objective factors collectively create a reasonable question in the mind of a neutral observer as to whether Judge Pittman can act impartially in future cases arising from or affected by the injunction.

5. This affidavit is made in good faith, based on personal knowledge and observations, and not for purposes of delay or harassment.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 15th day of September 2025.

Respectfully submitted,

Eric Lamar Ellis

/s/Eric Ellis

8539 Melissa Dr

Fort Worth, Tx 76108

Ericlamarellis@Gmail.com

9.15.2025

**CERTIFICATE OF SERVICE**

I hereby affirm that on this 15th day of September, that the foregoing document was filed with the Court's CM/ECF electronic filing system, and a motion to serve has been filed with the court requesting the court serve the defendants on behalf of the Pro Se Plaintiff.

/s/ *Eric L. Ellis*